[No. 9208–5–II.  Division Three.  May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
CLARK J. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–1–00011–3, Robert L. Charette, J., entered September 9, 1985. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 8985–8–II.  Division Three.  May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES A. WOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00020–0, J. Dean Morgan, J., entered July 12, 1985. *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 8984–0–II.  Division Three.  May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GERALD RICHARD SOFRANKO, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00801–6, John N. Skimas, J., entered July 9, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.